FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

MAY - 3 2006

MATTHEW J. DYKMAN
CLERK

| | |
|---|---|
| VICTORIA APODACA, | ) |
| Plaintiff, | ) ) ) CASE NO.: 04cv0717 MCA WDS |
| v. | ) ) |
| DISCOVER FINANCIAL SERVICES, and EQUIFAX CREDIT INFORMATION SERVICES, INC., | ) ) ) ) |
| Defendants. | ) |

## AGREED MOTION TO DISMISS WITH PREJUDICE

COME NOW Plaintiff Victoria Apodaca ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax"), successor in interest to Equifax Credit Information Services, Inc., and hereby request that the Court dismiss all claims against Equifax in the above-referenced matter with prejudice on the basis that Plaintiff and Equifax have reached a settlement agreement of all claims.

| PLAINTIFF VICTORIA APODACA | DEFENDANT EQUIFAX INFORMATION SERVICES LLC |
|---|---|
| By: _____ <br> Rob Treinen <br> FEFERMAN & WARREN <br> 300 Central Avenue, SW <br> Suite 2000 East <br> Albuquerque, MN 87102 | By: _Patricia G. Williams_ <br> Patricia G. Williams <br> WIGGINS, WILLIAMS & WIGGINS <br> 1805 Rio Grande Blvd., NW (87104) <br> P. O. Box 1308 <br> Albuquerque, New Mexico 87103-1308 <br> (505) 764-8400 |

205

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a true and correct copy of the foregoing AGREED MOTION TO DISMISS by depositing same in the United States mail, properly addressed with sufficient postage affixed thereto to ensure delivery to:

>Rob Treinen
>Law Offices of Richard N. Feferman
>300 Central Avenue, SW
>Suite 2000 East
>Albuquerque, NM  87102
>Counsel for Plaintiff

Dated: *May 3rd*, 2006

*Patricia G. Williams*